

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** March 19, 2026                                    **Time:** 00:27

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cr-00345-JSC-3

**Case Name:** United States of America v. Matthew Thomas Sestak
☒ **Present**  ☐ **Not Present**  ☐ **In-Custody & Remanded**

**Attorney for United States:** Daniel Pastor
**Attorneys for Defendant:** Britt H. Evangelist/Edward W. Swanson

**Deputy Clerk:** Ada Means                    **Court Reporter:** April Brott

**Probation Officer:** Rezan Ghishan

### PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons to a term of time served. This term consists of time served on Count Two of the Indictment. Defendant shall be placed on supervised release for a term of three years. Defendant shall pay a special assessment fee of $100.00. The Court finds that the defendant does not have the ability to pay a fine and ordered the fine waived. Count One of the Indictment is dismissed at the request of AUSA Pastor. Please refer to the judgment for complete details.  A status conference is set for **June 17, 2026 at 9:30 a.m.** and the government does not need to attend.